UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN DAVIES,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL L. COULTER, et al.,<br><br>    Defendants. | Case No. 24-cv-00492-RMI<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at Atascadero State Hospital in San Luis Obispo County. That county is located in the Central District of California. The acts underlying this civil rights complaint occurred in the Central District; also, the named Defendants are located in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: February 15, 2024

ROBERT M. ILLMAN
United States Magistrate Judge